## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAFAEL MARTINEZ, | : | Civil No. 3:17-cv-171 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| CRAIG LOWE, | : | |
| Respondent | : | |

## ORDER

**AND NOW**, this 31st day of October, 2018, upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1), and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** as moot.

2. The Clerk of Court is directed to **TERMINATE** Loretta Lynch, Thomas Decker, Jeh Charles Johnson, and Sarah Saldana as Respondents in this action.

3. The Clerk of Court is further directed to **CLOSE** this case.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge